FILED 21 SEP '15 15:43 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:15-CR- 348-AA |
| | **INFORMATION** |
| | **Count 1:** Possession of Child Pornography |
| v. | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| | **Forfeiture Allegation** |
| DANIEL FELMAN, | 18 U.S.C. § 2253 |
| Defendant. | |

THE U.S. ATTORNEY CHARGES:

### COUNT 1
### (Possession of Child Pornography)

On or before May 30, 2015, in the District of Oregon, defendant **DANIEL FELMAN**, knowingly and unlawfully possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense listed above, defendant **DANIEL FELMAN** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matters which contains visual depictions transported, shipped, distributed, or possessed in violation thereof, and any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated this 21st day of September 2015.

BILLY J. WILLIAMS
Acting United States Attorney

AMY E. POTTER
Assistant United States Attorney