# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>Daniel Pacey Felman<br>*Defendant* | Case No. CR-348 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/13/15

_Daniel Felman_
*Defendant's signature*

_Janet Hoffman_
*Signature of defendant's attorney*

Janet Hoffman
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

THOMAS M. COFFIN, Magistrate Judge
*Judge's printed name and title*